## PEOPLE *v.* GILBERT

CRIMINAL LAW—CONSTITUTIONAL LAW—WARNING OF RIGHTS.

Advising a defendant of his constitutional rights through the use of the so-called "Miranda Card", the Detroit police department's "Constitutional Rights Certificate of Notification", is sufficient to comply with the requirements set forth by the United States Supreme Court.

Appeal from Recorder's Court of Detroit, Gerald W. Groat, J. Submitted Division 1 November 9, 1970, at Detroit. (Docket No. 5,933.) Decided December 3, 1970. Leave to appeal denied April 16, 1971. 384 Mich 829.

James Gilbert was convicted of armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Patricia Pernick Boyle,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, for defendant on appeal.

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law §§ 357, 367, 449.

Before: McGREGOR, P. J., and HOLBROOK and O'HARA,* JJ.

PER CURIAM. On March 28, 1968, appellant was sentenced to 5 to 15 years in prison, upon being convicted of armed robbery. MCLA § 750.529 (Stat Ann 1970 Cum Supp § 28.797). Prior to trial, a statement was elicited from defendant, which was subsequently introduced during the trial as evidence against him. Defendant contends that the warning requirements of *Miranda* v. *Arizona* (1966), 384 US 436 (86 S Ct 1602, 16 L Ed 2d 694, 10 ALR3d 974) were not complied with and that, therefore, the statement was improperly introduced. The trial judge admitted this evidence after a hearing, pursuant to *People* v. *Walker* (On Rehearing, 1965), 374 Mich 331.

In the instant case, defendant was apprised of his rights through the so-called "Miranda Card", the Detroit police department's "Constitutional Rights Certificate of Notification", but it is defendant's assertion that these warnings were insufficient. We decline further discussion, in that this issue was decided contrary to defendant's contention in *People* v. *Bynum* (1970), 21 Mich App 596.

Conviction affirmed.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.